JUDGE ROCHON

26 CV 02760

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Michael Morgan "Relator"

Write the full name of each plaintiff.

_____CV_______________
(Include case number if one has been assigned)

-against-

# COMPLAINT

Do you want a jury trial?
☑ Yes ☐ No

Vincent Puma
Mario Morello
Thae Kweon
Thomas Pinou & St. Mark's world acquisition LLC & JOS Staffing LLC

Write the full name of each defendant. If you need more space, please write "see attached" in the space above and attach an additional sheet of paper with the full list of names. The names listed above must be identical to those contained in Section II.

RECEIVED
SDNY PRO SE OFFICE
2026 APR -3 AM 11:53

## NOTICE

The public can access electronic court files. For privacy and security reasons, papers filed with the court should therefore *not* contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include *only*: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number. See Federal Rule of Civil Procedure 5.2.

## I. BASIS FOR JURISDICTION

Federal courts are courts of limited jurisdiction (limited power). Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation, and the amount in controversy is more than $75,000, is a diversity case. In a diversity case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal-court jurisdiction in your case?

☑ **Federal Question**

☐ **Diversity of Citizenship**

### A. If you checked Federal Question

Which of your federal constitutional or federal statutory rights have been violated?

US False Claim act

### B. If you checked Diversity of Citizenship

#### 1. Citizenship of the parties

Of what State is each party a citizen?

The plaintiff, Michael Morgan (Plaintiff's name), is a citizen of the State of

New york
(State in which the person resides and intends to remain.)

or, if not lawfully admitted for permanent residence in the United States, a citizen or subject of the foreign state of

______________________________.

If more than one plaintiff is named in the complaint, attach additional pages providing information for each additional plaintiff.

If the defendant is an individual:

The defendant, Vincent Puma, is a citizen of the State of
(Defendant's name)

New Jersey

or, if not lawfully admitted for permanent residence in the United States, a citizen or subject of the foreign state of

_______________________.

If the defendant is a corporation:

The defendant, St. Marks world acqusitions LLC, is incorporated under the laws of the State of ~~Delaware~~ New York

and has its principal place of business in the State of New York

or is incorporated under the laws of (foreign state) Delware

and has its principal place of business in New York.

If more than one defendant is named in the complaint, attach additional pages providing information for each additional defendant.

## II. PARTIES

### A. Plaintiff Information

Provide the following information for each plaintiff named in the complaint. Attach additional pages if needed.

| | | |
|---|---|---|
| Michael | M | Morgan |
| First Name (Relator) | Middle Initial | Last Name |

800 second Ave
Street Address

| | | |
|---|---|---|
| New York | NY | 10017 |
| County, City | State | Zip Code |

| | |
|---|---|
| 917 855 3551 | morgan@michaelmorgan.nyc |
| Telephone Number | Email Address (if available) |

## B. Defendant Information

To the best of your ability, provide addresses where each defendant may be served. If the correct information is not provided, it could delay or prevent service of the complaint on the defendant. Make sure that the defendants listed below are the same as those listed in the caption. Attach additional pages if needed.

Defendant 1: Vincent Puma
First Name Last Name
Managing member / CEO
Current Job Title (or other identifying information)
501 Madison Ave Fifth floor.
Current Work Address (or other address where defendant may be served)
New York NY 10022
County, City State Zip Code

Defendant 2: Mario Morello
First Name Last Name
Principal / President
Current Job Title (or other identifying information)
501 Madison Ave fifth floor.
Current Work Address (or other address where defendant may be served)
New York NY 10022
County, City State Zip Code

Defendant 3: Thae Kwem
First Name Last Name
Tresurer / President
Current Job Title (or other identifying information)
501 Madison Ave fifth floor
Current Work Address (or other address where defendant may be served)
New York NY 10022
County, City State Zip Code

Defendant 4: Thomas Pinou
First Name Last Name
Chief financial officer.
Current Job Title (or other identifying information)
501 madison Ave fifth floor
Current Work Address (or other address where defendant may be served)
New York NY 10022
County, City State Zip Code

## III. STATEMENT OF CLAIM

Place(s) of occurrence: New York / Texas

Date(s) of occurrence: 04/03/2020, 04/15/2020, July 2021

**FACTS:**

State here briefly the FACTS that support your case. Describe what happened, how you were harmed, and what each defendant personally did or failed to do that harmed you. Attach additional pages if needed.

Defendants have applied, got approved and received $447,800.00 worth of SBA PPP loan using fake and false numbers of inflated numbers of the employess that they Release nearly 2 months before they apply for Covid SBA PPP loans, Defendants used those loans to pay employees of an affiliate

with the name of IOS Staffing LLC which had applied for $2.8 millions loans and forgave $238,000 on the first loan under St. Mark's world acquisition LLC as well as they forgave $2.9 millions on IOS Staffing for the same employees. Defendant paid family members with that money those family members were never on the payroll of the company

**INJURIES:**

If you were injured as a result of these actions, describe your injuries and what medical treatment, if any, you required and received.

I was defrauded by the defendants and they falsely used my identity as I am a 20% owner of the company and I never authorized those loans. my life had been really impacted with their behavior

**IV. RELIEF**

State briefly what money damages or other relief you want the court to order.

I would like the defendants to return all the money they received and forgave from the SBA PPP administration as well as to be prosecuted to the maximum allowed by the law.

## V. PLAINTIFF'S CERTIFICATION AND WARNINGS

By signing below, I certify to the best of my knowledge, information, and belief that: (1) the complaint is not being presented for an improper purpose (such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation); (2) the claims are supported by existing law or by a nonfrivolous argument to change existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Federal Rule of Civil Procedure 11.

I agree to notify the Clerk's Office in writing of any changes to my mailing address. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Each Plaintiff must sign and date the complaint. Attach additional pages if necessary. If seeking to proceed without prepayment of fees, each plaintiff must also submit an IFP application.

04/03/2026 "Relator" [signature]

Dated Plaintiff's Signature

Michel M Morgan

First Name Middle Initial Last Name

800 Second Ave #802

Street Address

New York NY 10017

County, City State Zip Code

917 855 3551 morgan@michaelmorgan.nyc

Telephone Number Email Address (if available)

I have read the Pro Se (Nonprisoner) Consent to Receive Documents Electronically:

☐ Yes ☐ No

If you do consent to receive documents electronically, submit the completed form with your complaint. If you do not consent, please do not attach the form.

26 CV 02760

JUDGE ROCHON

# CONSENT TO ELECTRONIC SERVICE

I hereby consent to receive electronic service of notices and documents in my case(s) listed below. I affirm that:

1. I have regular access to my e-mail account and to the internet and will check regularly for Notices of Electronic Filing;
2. I have established a PACER account;
3. I understand that electronic service is service under Rule 5 of the Federal Rules of Civil Procedure and Rule 5.2 of the Local Civil Rules, and that I will no longer receive paper copies of case filings, including motions, decisions, orders, and other documents;
4. I will promptly notify the Court if there is any change in my personal data, such as name, address, or e-mail address, or if I wish to cancel this consent to electronic service;
5. I understand that I must regularly review the docket sheet of my case so that I do not miss a filing; and
6. I understand that this consent applies only to the cases listed below and that if I file additional cases in which I would like to receive electronic service of notices of documents, I must file consent forms for those cases.

**Civil case(s) filed in the Southern District of New York:**

**Note:** This consent will apply to all cases that you have filed in this court, so please list all of your pending and terminated cases. For each case, include the case name and docket number (for example, John Doe v. New City, 10-CV-01234).

RECEIVED SDNY PRO SE OFFICE 2026 APR -3 AM 11:53

________________________________________

________________________________________

Morgan, Michael M.
Name (Last, First, MI)

800 Second Ave suite #802 | New York | NY | 10017
Address | City | State | Zip Code

917 855 3551 | morgan@michaelMorgan.nyc
Telephone Number | E-mail Address

04/03/2026 | [signature]
Date | Signature

**Return completed form to:**

Pro Se Intake Unit (Room 200)
500 Pearl Street
New York, NY 10007

morgan@michaelmorgan.nyc